IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CITY OF PROVIDENCE, RHODE ISLAND, derivatively on behalf of JPMORGAN CHASE & CO., | § § § § | |
| Plaintiff Below-Appellant, | § § | |
| v. | § § | No. 465, 2015 |
| JAMES DIMON, et al., | § § § | Court Below: Court of Chancery of the State of Delaware |
| Defendants Below-Appellees, | § § | C.A. No. 9692-VCP |
| and | § § | |
| JPMORGAN CHASE & CO., | § § § | |
| Nominal Defendant Below-Appellee. | § § § § | |

Submitted: February 24, 2016
Decided: February 25, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

**<u>ORDER</u>**

This 25th day of February 2016, having considered this matter on the briefs filed by the parties and after oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its July 29, 2015 decision.[1]

---

[1] *City of Providence, Rhode Island v. Dimon*, 2015 WL 4594150 (Del. Ch. July 29, 2015).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice